In the Matter of GERALD GIBSON, Petitioner, v A. RODRIGUEZ, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [63 NYS3d 261]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Lynch, Clark and Rumsey, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.